NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HANWHA Q CELLS USA INC., HANWHA SOLUTIONS CORPORATION,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**LONGI GREEN ENERGY TECHNOLOGY CO., LTD., LONGI SOLAR TECHNOLOGY CO., LTD., LONGI (H.K.) TRADINGCO., LTD., LONGI (KUCHING) SDN. BHD., LONGI SOLAR TECHNOLOGY (TAIZHOU) CO., LTD., LONGI SOLAR TECHNOLOGY (ZHEJIANG) CO., LTD., LONGI SOLAR TECHNOLOGY (HEFEI) CO., LTD., LONGI SOLAR TECHNOLOGY (U.S.) INC., REC SOLAR HOLDINGS AS, REC SOLAR PTE. LTD., REC AMERICAS, LLC, JINKOSOLAR HOLDING CO., LTD., JINKOSOLAR (U.S), INC., JINKO SOLAR (U.S.) INDUSTRIES INC., JINKO SOLAR CO., LTD., ZHEJIANG JINKO SOLAR CO., LTD., JINKO SOLAR TECHNOLOGY SDN. BHD.,**
*Intervenors*

---

2020-2115

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1151.

———————————

**JUDGMENT**

———————————

SEAN S. PAK, Quinn Emanuel Urquhart & Sullivan, LLP, San Francisco, CA, argued for appellants. Also represented by FELIPE CORREDOR; WILLIAM ADAMS, SEAN GLOTH, II, New York, NY; S. ALEX LASHER, Washington, DC; DONGKWAN JAMES PAK, KATHLEEN M. SULLIVAN, Los Angeles, CA.

CLINT A. GERDINE, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG.

STEVEN J. HOROWITZ, Sidley Austin LLP, Chicago, IL, argued for all intervenors. Intervenors LONGi (H.K.) Trading Co., Ltd., LONGi (Kuching) Sdn. Bhd., LONGi Green Energy Technology Co., Ltd., LONGi Solar Technology (Hefei) Co., Ltd., LONGi Solar Technology (Taizhou) Co., Ltd., LONGi Solar Technology (U.S.) Inc., LONGi Solar Technology (Zhejiang) Co., Ltd., LONGi Solar Technology Co., Ltd. also represented by LEIF E. PETERSON, II, THOMAS D. REIN; MICHAEL R. FRANZINGER, Washington, DC; SAMUEL N. TIU, Los Angeles, CA.

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, for intervenors REC Americas, LLC, REC Solar Holdings AS, REC Solar Pte. Ltd. Also represented by MAREESA ARNITA FREDERICK, ANTHONY A. HARTMANN; GARY MA, Palo Alto, CA.

ROBERT COURTNEY, Fish & Richardson P.C., Minneapolis, MN, for intervenors Jinko Solar (U.S.) Industries Inc.,

Jinko Solar Co., Ltd., Jinko Solar Technology Sdn. Bhd., JinkoSolar (U.S.) Inc., JinkoSolar Holding Co., Ltd., Zhejiang Jinko Solar Co., Ltd.  Also represented by JOSEPH V. COLAIANNI, JR., LINHONG ZHANG, Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LINN and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 12, 2021          /s/ Peter R. Marksteiner
Date                   Peter R. Marksteiner
                       Clerk of Court